# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

SAMUEL LEE HAMILTON, JR.

NO. 2024 KW 0278

**JUNE 3, 2024**

---

In Re:     Samuel Lee Hamilton, Jr., applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. 1701501.

---

**BEFORE:    WELCH, WOLFE, AND STROMBERG, JJ.**

**WRIT DENIED.** According to the documentation provided to this court, the charge against relator in district court case # 1701501 from Tangipahoa Parish, was nol-prossed by the state on March 12, 2018. Relator was not sentenced. Thus, there is no error in the sentencing calculation in this case.

**JEW**
**EW**
**TPS**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT